```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

RONALD ALBERTO FALLAS,

    Plaintiff,

v.                            CIVIL ACTION NO. 1:12-0319

KAREN HOGSTEN, Warden,

    Defendant.

## MEMORANDUM OPINION AND ORDER

      By Standing Order, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge VanDervort submitted to the court his Findings and Recommendation on July 11, 2012, in which he recommended that the court deny plaintiff's motion to proceed in forma pauperis, grant plaintiff's "Motion for Dismissal of Civil Action," dismiss this matter without prejudice, and remove this case from the court's docket.

      In accordance with the provisions of 28 U.S.C. § 636(b), plaintiff was allotted fourteen days and three mailing days in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation. The failure of any party to file such objections within the time allowed constitutes a waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Neither party filed any objections to the Magistrate Judge's Findings and Recommendations within the seventeen-day period. Accordingly, the court adopts the Findings and Recommendations of Magistrate Judge VanDervort as follows:

1. Plaintiff's motion to proceed in forma pauperis is **DENIED**;

2. Plaintiff's motion to dismiss is **GRANTED;**

3. This case is **DISMISSED** without prejudice; and

4. The Clerk is directed to remove this case from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 3rd of August, 2012.

ENTER:

David A. Faber
Senior United States District Judge